ANTHONY J. VALADEZ, JR.
7210 Palm Avenue
Fair Oaks, CA 95628
(916) 966-2553
Pro Se



FILED

MAY - 2 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. VALADEZ, JR.,<br><br>           Plaintiff,<br><br>v.<br><br>County of sierra, California, Sierra County Jail, Sierra County Sheriff's Department, Western Sierra Medical Clinic, Judge William Pangman, Sheriff Leland Adams, Corporal Lou Foxworthy, Lunn Jacobs, Frank J. Lang, DOES 1-20,<br><br>           Defendants. | Case No: CIV.S-03-1553 WBS PAN PS<br><br>PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS SIERRA COUNTY, ET AL., AND DEFENDANTS WESTERN SIERRA MEDICAL CLINIC |

**PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S**

**FINDINGS AND RECOMMENDATIONS**

   PLEASE TAKE NOTICE that Plaintiff, Anthony J. Valadez, Jr., objects to the Findings and Recommendations of Magistrate Judge Peter A. Nowinski, issued on April 20, 2005, on the following grounds:

   1.   Magistrate Judge Peter A. Nowinski did not hold a hearing in this matter, where Plaintiff would have provided his honor with additional factual and legal bases, including argument, to support his Opposition, and at a minimum to respond in writing to the objections to evidence by

1

defendants, or to cure any defects.

2. The Findings and Recommendation are in error as they state facts not supported by the evidence regarding: the days Plaintiff served and should have been credited; the reasons Plaintiff was released on August 9, 2002; Plaintiff's de facto incarceration on August 23, 2002; Plaintiff's physical and medical condition prior to August 9, 2002 and through September 17, 2002; Defendants' deliberate indifference to Plaintiff's serious medical condition and knowledge thereof.

3. The Findings and Recommendation are in error as they do not recite and take into account material facts and inferences from facts offered by Plaintiff and Defendants regarding: Plaintiff's physical and medical condition prior to August 9, 2002 and through September 17, 2002; Defendants' deliberate indifference to Plaintiff's serious medical condition and knowledge thereof; facts and circumstances of Plaintiff's incarceration from September 13, 2002 through September 17, 2002 as revealed in the video tapes produced by Defendant Sierra County during discovery; Defendants' motive for incarcerating Plaintiff on a civil contempt matter.

4. The Findings and Recommendation are in error, as they do not address Plaintiff's objections to evidence by Western Sierra Medical Clinic, et al., as to the declaration of their expert and non-compliance with rules of discovery, as well as the insufficient basis for the opinion.

5. The Findings and Recommendation are in error as they do not

1  correctly apply the law and the facts, as set forth in
2  Plaintiff's Memoranda of Points and Authorities in
3  opposition to both motions, regarding the legal standard
4  for: motions for summary judgment; deliberate indifference;
5  Defendants' knowledge; sufficiency of the evidence; and,
6  claims of immunity and qualified immunity.

7. 6.  Plaintiff respectfully requests that the court deny
8  Defendants' Motions for Summary Judgment, or in the
9  alternative, order a hearing and a reasonable opportunity
10 for Plaintiff to oppose Defendants' objections in writing.

Dated: April 29, 2005

ANTHONY J. VALADEZ, JR.
Plaintiff, In Pro Se

Case Name: **Valadez v. County of Sierra, et al.**
Court: USDC-EDCA Civ S-03-1533 WBS PAN-PS

### DECLARATION OF SERVICE

I am a citizen of the United States and a resident of the County of Sacramento; I am over the age of 18 years and not a party to the within entitled action, my business address is P.O. Box 19716, Sacramento CA 95819. On April 29, 2005, I served the attached:

**PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS RE MOTION FOR SUMMARY JUDGMENT BY DEFENDANTS SIERRA COUNTY, ET AL., AND DEFENDANTS WESTERN SIERRA MEDICAL CLINIC,**

on the parties in said action, by placing a true copy thereof in a sealed envelope, with First Class postage thereon fully prepaid, and placed with the United States Postal Service at Fair Oaks, California addressed as follows:

PORTER, SCOTT, WEIBERG & DELEHANT
Keith E. Nourot
350 University Avenue, Suite 200
P.O. Box 255428
Sacramento, California 95865
Attorneys For Defendants County Of Sierra, Sierra County Jail, Sierra County Sheriff Department, Sheriff Leland Adams, Corporal Lou Foxworthy.

SCHUERING, ZIMMERMAN, SCULLY & DOYL, LLP
David M. Garland
400 University Avenue
Sacramento, California 95865
Attorneys For Defendants Western Sierra Medical Clinic, Frank J. Lang and Lynn Jakobs.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 29, 2005, in Fair Oaks, California.

_____
Debbie Lynch