UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ANTHONY J. VALADEZ,

        Plaintiff,

   v.

COUNTY OF SIERRA, CALIFORNIA SIERRA COUNTY JAIL, SIERRA COUNTY SHERIFF'S DEPARTMENT, WESTERN SIERRA MEDICAL CLINIC, JUDGE WILLIAM PANGMAN, SHERIFF LELAND ADAMS, CORPORAL LOU FOXWORTHY, LYNN JAKOBS, FRANK J. LANG, and DOES 1-20,

        Defendants.

NO. CIV. S-03-1553 WBS PAN-PS

ORDER RE: COSTS FOR DEFENDANTS COUNTY OF SIERRA, CALIFORNIA SIERRA COUNTY JAIL, SIERRA COUNTY SHERIFF'S DEPARTMENT, LELAND ADAMS, AND CORPORAL LOU FOXWORTHY

----oo0oo----

        On June 2, 2005, the court entered final judgment in favor of defendants in this case. Defendants County of Sierra, California Sierra County Jail, Sierra County Sheriff's Department, Leland Adams, and Corporal Lou Foxworthy have submitted a cost bill totaling $5,487.35. Plaintiff does not object.

        Rule 54(d)(1) of the Federal Rules of Civil Procedure

1

1  and Local Rule 54-292(f) govern the taxation of costs to losing
2  parties, subject to limits set under 28 U.S.C. § 1920.  See 28
3  U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.
4  54(d)(1)("costs other than attorneys' fees shall be allowed as of
5  course to the prevailing party unless the court otherwise directs
6  . . . ."); L.R. 54-292(f); Crawford Fitting Co. v. J.T. Gibbons,
7  482 U.S. 437, 441 (1987)(limiting taxable costs to those
8  enumerated in 28 U.S.C. § 1920).  The district court has
9  discretion to determine what constitutes a taxable cost within
10 the meaning of 28 U.S.C. § 1920.  Amarel v. Connell, 102 F.3d
11 1494, 1523 (9th  Cir. 1997); Alflex Corp. v. Underwriters' Lab.,
12 Inc., 914 F.2d 175, 177 (9th Cir. 1990).  The losing party has
13 the burden of overcoming the presumption in favor of awarding
14 costs to the prevailing party.  See Russian River Watershed
15 Protection Comm. v. City of Santa Rosa, 142 F.3d 1136, 1144 (9th
16 Cir. 1998); Amarel, 102 F.3d at 1523.

17         The bill of costs refers to photocopy charges of $54.30
18 on April 13, 2005, but the accompanying invoice shows a total of
19 only $49.50 under that section, leaving $4.80 unaccounted for.
20 Photocopy charges on the other dates correctly match the totals
21 shown on the invoice.  More importantly, however, these charges
22 are calculated at $0.30 per page.  The court finds a photocopying
23 charge of $0.30 per page to be unreasonable, and will award the
24 more reasonable cost of $0.10 per page.  Making both of these
25 changes results in a photocopying cost of $140.40 instead of the
26 requested $426.00, and a total cost of $5,201.75 instead of the
27 requested $5,487.35.

28         The court finds all other costs to be reasonable.

2

1 Accordingly, the cost of **$5,201.75** will be allowed.

2        IT IS SO ORDERED.

3 DATED: July 12, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3