1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11  ANTHONY J. VALADEZ,
                                    NO. CIV. S-03-1553 WBS PAN-PS
12          Plaintiff,

13      v.                          ORDER RE: COSTS FOR DEFENDANTS
                                    WESTERN SIERRA MEDICAL CLINIC,
14  COUNTY OF SIERRA, CALIFORNIA    LYNN JAKOBS, AND FRANK J. LANG
    SIERRA COUNTY JAIL, SIERRA
15  COUNTY SHERIFF'S DEPARTMENT,
    WESTERN SIERRA MEDICAL CLINIC,
16  JUDGE WILLIAM PANGMAN, SHERIFF
    LELAND ADAMS, CORPORAL LOU
17  FOXWORTHY, LYNN JAKOBS, FRANK
    J. LANG, and DOES 1-20,
18

19          Defendants.

20                        ----oo0oo----

21          On June 2, 2005, the court entered final judgment in

22  favor of defendants in this case.  Defendants Western Sierra

23  Medical Clinic, Lynn Jakobs, and Frank J. Lang have submitted a

24  cost bill totaling $4,917.66.[1]  Plaintiff does not object.

25  _____

26          [1]   Defendants request only $718.48 in costs for
    exemplification and copies, but the total of the costs listed on
27  the attachment under the same section is $792.23.  This larger
    number is supported by the invoices.  The court is uncertain why
28  defendants seek to recover only $718.48 of those costs, but will

1        Rule 54(d)(1) of the Federal Rules of Civil Procedure
2  and Local Rule 54-292(f) govern the taxation of costs to losing
3  parties, subject to limits set under 28 U.S.C. § 1920.  <u>See</u> 28
4  U.S.C. § 1920 (enumerating taxable costs); Fed. R. Civ. P.
5  54(d)(1)("costs other than attorneys' fees shall be allowed as of
6  course to the prevailing party unless the court otherwise directs
7  . . . ."); L.R. 54-292(f); <u>Crawford Fitting Co. v. J.T. Gibbons</u>,
8  482 U.S. 437, 441 (1987)(limiting taxable costs to those
9  enumerated in 28 U.S.C. § 1920).  The district court has
10 discretion to determine what constitutes a taxable cost within
11 the meaning of 28 U.S.C. § 1920.  <u>Amarel v. Connell</u>, 102 F.3d
12 1494, 1523 (9th  Cir. 1997); <u>Alflex Corp. v. Underwriters' Lab.,</u>
13 <u>Inc.</u>, 914 F.2d 175, 177 (9th Cir. 1990).  The losing party has
14 the burden of overcoming the presumption in favor of awarding
15 costs to the prevailing party.  <u>See</u> <u>Russian River Watershed</u>
16 <u>Protection Comm. v. City of Santa Rosa</u>, 142 F.3d 1136, 1144 (9th
17 Cir. 1998); <u>Amarel</u>, 102 F.3d at 1523.

18       The court finds all costs to be reasonable.
19 Accordingly, the cost of **$4,917.66** will be allowed.

20       IT IS SO ORDERED.

21 DATED: July 12, 2005

22

23                              _____
                                WILLIAM B. SHUBB
24                              UNITED STATES DISTRICT JUDGE

25

26

27 _____

28 not compel them to seek the full amount.

2